representing her hospital and medical bills. Accordingly, only an award of damages of $1,236.65 is supported by the record. (Appeal from judgment of Niagara Supreme Court—false arrest, etc.) Present—Simons, J. P., Hancock, Jr., Schnepp, Callahan and Moule, JJ.

■ In the Matter of CHARLES L. HADLEY, Respondent, v STATE OF NEW YORK LIQUOR AUTHORITY, Appellant.—Judgment unanimously affirmed, with costs. Memorandum: Respondent liquor authority appeals from a judgment annulling its determination disapproving petitioner's application for an off-premises beer license in his establishment for the sale of food-stuffs, operated under the name of Don's Farm to U Market on Route 15 in the Town of Bath, New York. Although the local ABC board recommended issuance of the license, respondent denied it on the ground that it was not satisfied that the premises are a bona fide store within the contemplation of the Alcoholic Beverage Control Law. The record shows that petitioner sells a broad line of foodstuffs and that the only items that it does not carry that chain grocery stores do are health aids, some canned foods, staples, fresh meats and paper products. Section 54 of the Alcoholic Beverage Control Law authorizes the issuance of an off-premises retail beer license to a store such as petitioner operates. In the absence of some adverse showing concerning petitioner's character or prior conduct, the action of respondent in denying the application was arbitrary and an abuse of discretion. (Appeal from judgment of Steuben Supreme Court—CPLR art 78.) Present—Dillon, P. J., Cardamone, Doerr, Witmer and Moule, JJ.

■ HELEN A. FARRELL, Respondent, v FRANCIS J. FARRELL, Appellant.— Order and judgment unanimously affirmed, with costs, (see *Teitelbaum Holdings v Gold*, 48 NY2d 51; *Nelson v Unicure, Inc.*, 72 AD2d 904). (Appeal from order and judgment of Jefferson Supreme Court—separation agreement.) Present—Dillon, P. J., Cardamone, Doerr, Witmer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE ROBERT TAYLOR, Appellant.—Judgment unanimously affirmed (see *People v Esteves*, 41 NY2d 826; *People v Shively*, 66 AD2d 1022). (Appeal from judgment of Monroe County Court—robbery, first degree.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD REMINGTON, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent.—Judgment unanimously affirmed for the reasons stated at Special Term, Conable, J. (Appeal from judgment of Wyoming Supreme Court—habeas corpus.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.

■ In the Matter of JOHN P., Respondent, v ROBERT P. WHALEN, as Commissioner of the Department of Health of the State of New York, et al., Appellants.—Judgment unanimously reversed, without costs, and petition dismissed. Memorandum: In proceedings arising out of charges of professional misconduct petitioner-respondent is not entitled to disclosure under section 87 of the Public Officers Law of statements made by patients treated by him, notes and memoranda made by the investigating committee from interviews with such patients, statements made by other physicians concerning the charges against petitioner-respondent, or medical records pertaining to the treatment of the patients obtained during the course of the committee's investigation (see *Matter of Marshall v State Bd. for Professional Med. Conduct*, 73 AD2d 798, mot for lv to app den 49 NY2d 709). (Appeal from judgment of Erie Supreme Court—CPLR art 78.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.